**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TRINA ZARIF, | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
|     vs. | )   No.   05-CV-21 DRH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant(s). | ) |

**ORDER OF DISMISSAL**

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This  8th  day of   November  , 2005

/s/                    David R Herndon

**UNITED STATES DISTRICT JUDGE**